# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Gerald W. Shaffer Jr.　　　　　　　　　　　　　　　　　CHAPTER 13
　　　　　　　　　　　Debtor(s)

　　　　　　　　　　　　　　　　　　　　　　　　　　　BKY. NO. 24-21618 CMB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

　　　　Kindly enter my appearance on behalf of U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR4 and index same on the master mailing list.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

/s/ Brent J. Lemon
　　　　　　　　　　　　
Brent Lemon
04 Sep 2024, 10:33:37, EDT

Denise Carlon, Esq. (317226)　☐
Brent Lemon, Esq. (86478)　☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 7e042b64c4b89b7f635edf15cb2829daa503d7de86e33ea24297f196a4b7cfc0