## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) Case No. 24-21618-CMB |
| Gerald W. Shaffer, Jr. and | ) |
| Sandra D. Shaffer, | ) Chapter 13 |
| **Debtors,** | ) |
| Gerald W. Shaffer, Jr. and | ) Related Document No. 39 |
| Sandra D. Shaffer, | ) |
| **Movants,** | ) |
| vs. | ) |
| Fay Servicing, LLC, | ) |
| **Respondent.** | ) Document No. |

### CERTIFICATE OF SERVICE OF Loss Mitigation Order

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on September 13, 2024.

**SERVICE BY FIRST-CLASS MAIL AND E-MAIL**:
U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR4, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076; Maria.Tsagaris@mccalla.com

**SERVICE BY FIRST-CLASS MAIL**:
Mr. and Mrs. Gerald Shaffer, Jr.,114 Well Worn Lane, Jeannette, PA 15644-2979

**SERVICE BY NEF**:
Brent J. Lemon on behalf of Creditor U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR4; blemon@kmllawgroup.com, lemondropper75@hotmail.com
Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov
Ronda J. Winnecour; cmecf@chapter13trusteewdpa.com

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or Electronic Notification.
If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Executed on:**  September 13, 2024         /s/ David Z. Valencik
**David Z. Valencik, Esquire**
**PA I.D. #308361**
**dvalencik@c-vlaw.com**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**