**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy Case No.** 24-21618-CMB |
| Gerald W. Shaffer, Jr. and | ) |
| Sandra D. Shaffer, | ) **Chapter** 13 |
| **Debtors,** | ) |
| | ) **Related Document No.** 63 |
| Gerald W. Shaffer, Jr. and | ) |
| Sandra D. Shaffer, | ) **Hearing Date:** 04/02/25 @ 1:30 p.m. |
| **Movants,** | ) **Response Due:** 03/20/25 |
| vs. | ) |
| Fay Servicing, LLC, | ) |
| **Respondent.** | ) **Document No.** 64 |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION OF**
**Gerald W. Shaffer, Jr. and Sandra D. Shaffer FOR**
**Motion to Approve Loan Modification**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **March 20, 2025** [seventeen (17) days after the date of service below], in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Böhm as found on her Procedures webpage at https://www.pawb.uscourts.gov/procedures-1. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on **April 2, 2025, at 1:30 p.m.** before Judge Carlota M. Böhm in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Unless otherwise ordered, parties may also appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform ("Zoom"). To participate in the hearing via Zoom, use the following link no later than ten (10) minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191. Alternatively, connect with Zoom by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at:

https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. For questions regarding Zoom connection, contact Judge Böhm's Chambers at 412-644-4328. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

**Dated:** March 3, 2025　　　　　　　　**CALAIARO VALENCIK**

　　　　　　　　　　　　　　　　　　　　**BY:** /s/ David Z. Valencik
　　　　　　　　　　　　　　　　　　　　**David Z. Valencik, Esq.    PA I.D. No. 308361**

　　　　　　　　　　　　　　　　　　　　**555 Grant Street, Suite 300**
　　　　　　　　　　　　　　　　　　　　**Pittsburgh, PA 15219**
　　　　　　　　　　　　　　　　　　　　**Phone:　　(412) 232-0930**
　　　　　　　　　　　　　　　　　　　　**Fax:　　(412) 232-3858**
　　　　　　　　　　　　　　　　　　　　**Email:　　dvalencik@c-vlaw.com**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy Case No.** 24-21618-CMB |
| Gerald W. Shaffer, Jr. and | ) |
| Sandra D. Shaffer, | ) **Chapter** 13 |
| **Debtors,** | ) |
| | ) **Related Document No.** 63 |
| Gerald W. Shaffer, Jr. and | ) |
| Sandra D. Shaffer, | ) **Hearing Date:** 04/02/25 @ 1:30 p.m. |
| **Movants,** | ) **Response Due:** 03/20/25 |
| vs. | ) |
| Fay Servicing, LLC, | ) |
| **Respondent.** | ) **Document No.** 64 |

### CERTIFICATE OF SERVICE OF Notice of Hearing and
### Motion to Approve Loan Modification

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on March 3, 2025.

**SERVICE BY FIRST-CLASS MAIL**:
Mr. and Mrs. Gerald Shaffer, Jr.,114 Well Worn Lane, Jeannette, PA 15644-2979

**SERVICE BY NEF**:
Brent J. Lemon on behalf of Creditor U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR4; blemon@kmllawgroup.com, lemondropper75@hotmail.com
Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov
Ronda J. Winnecour; cmecf@chapter13trusteewdpa.com

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or Electronic Notification

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

| | |
|---|---|
| **Executed on:** March 3, 2025 | /s/ David Z. Valencik |
| | **David Z. Valencik, Esq.    PA I.D. No. 308361** |
| | **CALAIARO VALENCIK** |
| | **555 Grant Street, Suite 300** |
| | **Pittsburgh, PA 15219** |
| | **Phone:** (412) 232-0930 |
| | **Fax:** (412) 232-3858 |
| | **Email:** dvalencik@c-vlaw.com |