**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>GERALD W. SHAFFER, JR.<br>SANDRA D. SHAFFER | Case No. 24-21618CMB |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>ONE MAIN FINANCIAL GROUP LLC(*) | Document No __ |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The vehicle is been inoperable and to be surrendered.

| | |
|---|---|
| ONE MAIN FINANCIAL GROUP LLC(*)<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | Court claim# 11/Trustee CID# 9 |

The Movant further certifies that on 04/04/2025 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
　　original creditor
　　putative creditor
　　counsel for debtor(s)
　　counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
GERALD W. SHAFFER, JR., SANDRA D. SHAFFER, 114 WELL WORN LANE, JEANNETTE, PA  15644

DEBTOR'S COUNSEL:
DAVID Z VALENCIK ESQ, CALAIARO VALENCIK, 555 GRANT ST - STE 300, PITTSBURGH, PA  15219

ORIGINAL CREDITOR:
ONE MAIN FINANCIAL GROUP LLC(*), PO BOX 3251, EVANSVILLE, IN  47731-3251

NEW CREDITOR: