IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| In Re: | ) Bankruptcy Case No. 24-21618-CMB |
| | ) |
| Gerald W. Shaffer, Jr., | ) Chapter 13 |
| Sandra D. Shaffer, | |
| | ) |
| Debtors | ) Judge: Carlota M. Bohm |
| | ) |

## WITHDRAWAL OF NOTICE OF PAYMENT CHANGE

COMES NOW Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of CIM Trust 2025-NR1 by, McCalla Raymer Leibert Pierce, LLP, and respectfully requests this Court to allow it to withdraw the Notice of Payment Change filed on May 8, 2025 and April 29, 2025.

Notice of Payment Change Filed Date: May 8, 2025 and April 29, 2025
Notice of Payment Change Claim Number:  15


/s/Linda  St. Pierre
Linda  St. Pierre

McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Road
Roswell, GA 30076
Phone: 860-240-9156

Linda.St.Pierre@mccalla.com

|  |  |
|---|---|
| In Re: | Bankruptcy Case No.: 24-21618−CMB |
| Gerald W. Shaffer, Jr. | Chapter: 13 |
| Sandra D. Shaffer | Judge: Carlota M. Bohm |

CERTIFICATE OF SERVICE

I, Linda St. Pierre, of McCalla Raymer Leibert Pierce, LLP, 325 Chestnut Street, Suite 725, Philadelphia, PA 19106, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I served a copy of the within WITHDRAWAL OF NOTICE OF PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Gerald W. Shaffer, Jr.
114 Well Worn Lane
Jeannette, PA 15644

Sandra D. Shaffer
114 Well Worn Lane
Jeannette, PA 15644

Andrew Kevin Pratt                                              (*served via ECF Notification*)
Calaiaro Valencik
555 Grant Street Suite 300
Pittsburgh, PA 15219

Ronda J. Winnecour, Trustee                              (*served via ECF Notification*)
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee                      (Served via ECF Notification)
1000 Liberty Avenue Suite 1316
Pittsburgh, PA 15222

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:  06/16/2025         By:  /s/Linda St. Pierre
                    (date)                       Linda St. Pierre