IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Gerald W. Shaffer, Jr. and Sandra D. Shaffer | : | Case No. 24-21618 CMB |
| | : | |
| | : | Document No. |
| Debtors. | : | |
| | : | Related to Document No. |

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT
AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

    I, Daniel R. White, Attorney for Debtor, certify that on June 24, 2025 I served a copy of the Court's June 24, 2025 wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at William Penn Care Center, Attn: Payroll Manager, 2030 Ader Road, Jeannette, PA 15644 and by email at hr@williampenncc.com.

    Method of service: Email & first class mail, postage prepaid.

    Total number of parties served: 1

    Date executed: June 24, 2025

                                                CALAIARO VALENCIK, P.C.

                                                By   /s/ Daniel R. White
                                                          Daniel R. White
                                                          PA I.D. No. 78718
                                                          8 Nickman Plaza
                                                          Lemont Furnace, PA 15456
                                                          Office: 724-719-9388
                                                          Email: dwhite@c-vlaw.com
                                                          Attorneys for Debtors