IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Gerald W. Shaffer, Jr. and Sandra D. Shaffer, | : | Case No. 24-21618 CMB |
| | : | |
| | : | Document No. |
| Debtors. | : | |
| | : | Related to Document No. |

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT
AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

I, Daniel R. White, Attorney for Debtor, certify that on June 25, 2025 I served a copy of the Court's June 24, 2025 wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at:

Charter Central
Attn: Payroll Manager
P.O. Box 430
Talbott, TN 37877

Method of service: first class mail, postage prepaid.

Total number of parties served: 1

Date executed: June 25, 2025

        CALAIARO VALENCIK, P.C.

By  /s/ Daniel R. White
    Daniel R. White
    PA I.D. No. 78718
    8 Nickman Plaza
    Lemont Furnace, PA 15456
    Office: 724-719-9388
    Email: dwhite@c-vlaw.com
    Attorney for Debtors