UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy Case No. 24-21618 CMB |
| | : | |
| Gerald W. Shaffer, Jr. and Sandra D. Shaffer, | : | Chapter 13 |
| | : | |
| Debtors. | : | |
| | : | Related to: Document No. 88 |
| Gerald W. Shaffer, Jr., | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| William Penn Care Center and Ronda J. Winnecour, | : | |
| | : | |
| Respondents. | : | |

**ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

The above-named Debtors, having filed a Chapter 13 petition and Debtors having moved to attach wages to fund the Chapter 13 plan,

IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the Debtor receives income:

William Penn Care Center
Attn: Payroll Manager
2030 Ader Road
Jeannette, PA 15644
hr@williampenncc.com

(1) shall deduct from said income the sum of $510.00 biweekly, beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

RONDA J. WINNECOUR
CHAPTER 13 TRUSTEE, W.D. PA
P.O. BOX 84051
CHICAGO, IL 60689-4002

(2) the Debtor is paid biweekly, and the monthly plan payment is $2,200.00.

(3) the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefor.

(4) the Debtors shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Bankruptcy for 12, that includes the debtor's full Social Security Number on the Respondent. Debtor Shall file a certificate of service regarding service of the order and local form, but the Social Security number shall not be included on the certificate.

(5) all remaining income of the Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues shall be paid to the Debtor in accordance with usual payment procedures.

(6) NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR ANY OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF HE DEBTOR WITH THE SOLE EXCEPTION OF ANY CHILD OR DOMESTIC SUPPORT PAYMENTS.

(7) this order supersedes previous orders made to the Respondent in this case.

(8) the Respondent shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

(9) that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

DATED this __24th__ day of _____June_____, 2025.

SIGNED
6/24/25 8:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
United States Bankruptcy Judge

glb

cc:   Debtor: Gerald & Sandra Shaffer, 114 Well Worn Lane, Jeannette, PA 15644
      Attorney for Debtor: Daniel R. White, 8 Nickman Plaza, Lemont Furnace, PA 15456
      Office of the Standing Chapter 13 Trustee
      Employer: William Penn Care Center, Attn: Payroll Manager, 2030 Ader Road, Jeannette, PA 15644, hr@williampenncc.com

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-21618-CMB |
| Gerald W. Shaffer, Jr. | Chapter 13 |
| Sandra D. Shaffer | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 24, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Gerald W. Shaffer, Jr., Sandra D. Shaffer, 114 Well Worn Lane, Jeannette, PA 15644-2979 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2025          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Kevin Pratt | on behalf of Debtor Gerald W. Shaffer Jr. apratt@c-vlaw.com, kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.AndrewR141044@notify.bestcase.com;asmith@c-vlaw.com |
| Andrew Kevin Pratt | on behalf of Joint Debtor Sandra D. Shaffer apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.AndrewR141044@notify.bestcase.com;asmith@c-vlaw.com |
| Daniel R. White | on behalf of Debtor Gerald W. Shaffer Jr. r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com |
| Daniel R. White | on behalf of Joint Debtor Sandra D. Shaffer r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com |
| David Z. Valencik | |

Case 24-21618-CMB    Doc 94    Filed 06/26/25    Entered 06/27/25 00:34:12    Desc Imaged
Certificate of Notice    Page 4 of 4

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jun 24, 2025 | Form ID: pdf900 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Debtor Gerald W. Shaffer Jr. dvalencik@c-vlaw.com, kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Valencik.DavidR141044@notify.bestcase.com;asmith@c-vlaw.com |
| David Z. Valencik | |
| | on behalf of Joint Debtor Sandra D. Shaffer dvalencik@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Valencik.DavidR141044@notify.bestcase.com;asmith@c-vlaw.com |
| Denise Carlon | |
| | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR4 dcarlon@kmllawgroup.com |
| Michael H Kaliner | |
| | on behalf of Creditor Bridgecrest Acceptance Corporation ANHSOrlans@InfoEx.com |
| Natalie Norina Piscione | |
| | on behalf of Creditor Pheple Federal Credit Union covellilawoffices@yahoo.com  ndantonio@covellilaw.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

TOTAL: 11