IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Gerald W. Shaffer, Jr. and Sandra D. Shaffer, | : | Case No. 24-21618 CMB |
| | : | |
| | : | Document No. |
| Debtors. | : | |
| | : | Related to Document No. |

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT
AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

    I, Daniel R. White, Attorney for Debtor, certify that on February 4, 2026, I served a copy of the Court's February 4, 2026, wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at:

ARG Resources, LLC
Attn: Payroll Manager
Three Glenlake Parkway
Atlanta, GA 30328

Method of service: first class mail, postage prepaid.
Total number of parties served: 1
Date executed: February 4, 2026

                                                                       CALAIARO VALENCIK, P.C.

                                                           By    /s/ Daniel R. White
                                                                  Daniel R. White
                                                                  PA I.D. No. 78718
                                                                  8 Nickman Plaza
                                                                   Lemont Furnace, PA 15456
                                                                  Office: 724-719-9388
                                                                  Email: dwhite@c-vlaw.com
                                                                  Attorney for Debtors