File No.:

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Gerald W. Shaffer, Jr. and Sandra D. Shaffer | : | Case No. 24-21618 CMB |
| | : | |
| | : | Document No. |
| Debtors. | : | |
| | : | Related to Document No. |

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT
AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

I, Daniel R. White, Attorney for Debtor, certify that on February 4, 2026, I served a copy of the Court's February 4, 2026 wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at William Penn Care Center, Attn: Payroll Manager, 2030 Ader Road, Jeannette, PA 15644 and by email at hr@williampenncc.com.

Method of service: Email & first class mail, postage prepaid.

Total number of parties served: 1

Date executed: February 4, 2026

CALAIARO VALENCIK, P.C.

By  /s/ Daniel R. White
  Daniel R. White
  PA I.D. No. 78718
  8 Nickman Plaza
  Lemont Furnace, PA 15456
  Office: 724-719-9388
  Email: dwhite@c-vlaw.com
  Attorneys for Debtors