IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                          :        CHAPTER 13

Gerald W. Shaffer, Jr. and Sandra D. Shaffer,                  :
                                                               :        CASE NO. 24-21618 CMB
          Debtors,                                             :
                                                               :        DOCUMENT NO.
Sandra D. Shaffer,                                             :
                                                               :
          Movant,                                              :
                                                               :
          vs.                                                  :
                                                               :
All Creditors on Mailing Matrix and                            :
Ronda J. Winnecour, Trustee,                                   :
                                                               :
          Respondents.                                         :

CERTIFICATION OF NO OBJECTION TO DEBTOR-WIFE'S
MOTION TO DISMISS ONE DEBTOR FROM A VOLUNTARY CHAPTER 13 CASE

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Debtor-Wife's Motion To Dismiss One Debtor From a Voluntary Chapter 13 Case filed on April 30, 2026, has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to Debtor-Husband's Motion To Dismiss One Debtor From a Voluntary Chapter 13 Case appears thereon. Objections were to be filed and served no later than May 20, 2026.

It is hereby respectfully requested that the Order attached to Debtor-Wife's Motion To Dismiss One Debtor From a Voluntary Chapter 13 Case be entered by the Court.

Dated: May 21, 2026

                                        CALAIARO VALENCIK, P.C.


                                        /s/ Daniel R. White
                                        Daniel R. White
                                        Pa. I.D. No. 78718
                                        8 Nickman Plaza
                                        Lemont Furnace, PA 15456
                                        Office: 724-719-9388
                                        Email: dwhite@c-vlaw.com
                                        Attorney for Debtors