**Form 142**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Gerald W. Shaffer, Jr. Sandra D. Shaffer**
  Debtor(s)

Bankruptcy Case No.: 24–21618–CMB

Chapter: 13
Docket No.: 116 – 111

## ORDER

   **IT IS HEREBY ORDERED** Sandra D. Shaffer **DISMISSED.**

   Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

   Debtor(s) remain legally liable for all of their debts as if the bankruptcy petition had not been filed.

Dated: May 22, 2026

Carlota M. Böhm, Judge
United States Bankruptcy Court

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 24-21618-CMB

Gerald W. Shaffer, Jr.                                                         Chapter 13

Sandra D. Shaffer

      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                              User: auto                                       Page 1 of 4

Date Rcvd: May 22, 2026                     Form ID: 142                                  Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Gerald W. Shaffer, Jr., 114 Well Worn Lane, Jeannette, PA 15644-2979 |
| jdb | + | Sandra D. Shaffer, 1907 Brent Road, Volant, PA 16156-6115 |
| cr | ++ | PHEPLE FEDERAL CREDIT UNION, 708 STATE ROUTE 119, GREENSBURG PA 15601-6753 address filed with court:, Pheple Federal Credit Union, 230 Theobold Avenue, Greensburg, PA 15601 |
| 15815645 | | Bridgecrest Formerly DRI, P.O. Box 29018, Chelsea, VT 05038 |
| 15815648 | + | Columbia Gas of Pennyslvania, Bankruptcy Processing, 200 Civic Center Drive, 11th Floor, Columbus, OH 43215-7510 |
| 15815649 | | Consumer Portfolio Service, 2018 Jamboree Rd., Suite 500, Irvine, CA 92619 |
| 15815657 | | Kohl's Department Store, P.O. Box 3115, Carmichaels, PA 15320-1000 |
| 16427776 | + | Pheple Federal Credit Union, 357 Regis Avenue, Suite 1, Pittsburgh, PA 15236-1451 |
| 15815662 | + | US Bank National Association, c/o Geraldine M. Linn, Esquire, KML Law Group, PC. BNY Mellon Ind. Cntr., 701 Market Street. Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | EDI: AISACG.COM | May 23 2026 05:18:00 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | May 23 2026 05:18:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | May 23 2026 05:18:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LL, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | May 23 2026 01:20:00 | U.S. Bank National Association, not in its individ, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | May 23 2026 01:20:00 | U.S. Bank Trust Company, National Association, not, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076, UNITED STATES 30076-2102 |
| 15815644 | ^ | MEBN | May 23 2026 01:18:08 | Allegheny Health Network, P.O. Box 645266, Pittsburgh, PA 15264-5250 |
| 15820115 | + | EDI: AISACG.COM | May 23 2026 05:18:00 | Bridgecrest Acceptance Corporation by AIS Portfoli, PO Box 4138, Houston, TX 77210-4138 |

District/off: 0315-2                                      User: auto                                           Page 2 of 4

Date Rcvd: May 22, 2026                               Form ID: 142                                      Total Noticed: 40

| 15815646 | + EDI: CAPITALONE.COM | | |
| | | May 23 2026 05:18:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15841810 | + EDI: AISACG.COM | | |
| | | May 23 2026 05:18:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15818069 | EDI: CAPITALONE.COM | | |
| | | May 23 2026 05:18:00 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15815647 | + Email/Text: enotifications@santanderconsumerusa.com | | |
| | | May 23 2026 01:20:00 | Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 15815651 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | May 23 2026 01:20:00 | Credit One Bank, 320 East Big Beaver, Suite 300, Troy, MI 48083-1271 |
| 15815653 | Email/Text: exeter@ebn.phinsolutions.com | | |
| | | May 23 2026 01:20:00 | Exeter Finance Corp., P.O. Box 166008, Irving, TX 75016 |
| 15818460 | + EDI: AISACG.COM | | |
| | | May 23 2026 05:18:00 | Exeter Finance LLC c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 15815654 | Email/Text: ECF@fayservicing.com | | |
| | | May 23 2026 01:20:00 | Fay Servicing, 1601 LBJ Freeway, Suite 150, Dallas, TX 75234 |
| 16527526 | Email/Text: ECF@fayservicing.com | | |
| | | May 23 2026 01:20:00 | Wilmington Savings Fund Society, FSB et. al., Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 15815655 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | May 23 2026 01:29:24 | Fingerhut, P.O. Box 166, Newark, NJ 07101-0166 |
| 15815658 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | May 23 2026 01:29:24 | LVNV Funding LLC/Resurgent Capital Servi, P.O. Box 1269, Greenville, SC 29602-1269 |
| 15821680 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | May 23 2026 01:29:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15817721 | Email/Text: BankruptcyECFMail@mccalla.com | | |
| | | May 23 2026 01:20:00 | U.S. Bank National Association, not in its, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 16431107 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | May 23 2026 01:20:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15815659 | + Email/Text: mawccollection@mawc.org | | |
| | | May 23 2026 01:20:00 | Municipal Authority of Westmoreland Cou, 124 Park and Pool rd., New Stanton, PA 15672-2404 |
| 15815660 | + EDI: AGFINANCE.COM | | |
| | | May 23 2026 05:18:00 | OneMain Financial, Bankruptcy Department, P.O. Box 6042, Sioux Falls, SD 57117-6042 |
| 15842860 | + EDI: AGFINANCE.COM | | |
| | | May 23 2026 05:18:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15842162 | EDI: PRA.COM | | |
| | | May 23 2026 05:18:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15823504 | EDI: Q3G.COM | | |
| | | May 23 2026 05:18:00 | Quantum3 Group LLC as agent for, Katapult Group Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 15839332 | + Email/Text: enotifications@santanderconsumerusa.com | | |
| | | May 23 2026 01:20:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 16431729 | ^ MEBN | | |
| | | May 23 2026 01:18:01 | U.S. Bank National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 15815663 | + Email/Text: webadmin@vhllc.co | | |
| | | May 23 2026 01:20:00 | Vance and Huffman LLC, 55 Monette Parkway, Smithfield, VA 23430-2577 |
| 15815664 | + Email/Text: bankruptcy@firstenergycorp.com | | |
| | | May 23 2026 01:20:00 | West Penn Power, P.O. Box 3687, Akron, OH 44309-3687 |
| 16432036 | + Email/Text: bankruptcy@firstenergycorp.com | | |

District/off: 0315-2
Date Rcvd: May 22, 2026

User: auto
Form ID: 142

Page 3 of 4
Total Noticed: 40

|  |  |
|---|---|
| May 23 2026 01:20:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Bridgecrest Acceptance Corporation |
| cr |  | Wilmington Savings Fund Society, FSB |
| cr |  | Wilmington Savings Fund Society, FSB, not in its i |
| 15815652 |  | Excela Health Medical Group |
| 15815656 |  | Kmart |
| 15815661 | *P++ | PHEPLE FEDERAL CREDIT UNION, 708 STATE ROUTE 119, GREENSBURG PA 15601-6753, address filed with court:, Pheple FCU, 230 Theobold Ave., Greensburg, PA 15601 |
| 15815650 | ##+ | County Hauling, 111 Corner Lane, Belle Vernon, PA 15012-4569 |

TOTAL: 5 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2026                Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Kevin Pratt | on behalf of Joint Debtor Sandra D. Shaffer apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.AndrewR141044@notify.bestcase.com;asmith@c-vlaw.com |
| Andrew Kevin Pratt | on behalf of Debtor Gerald W. Shaffer  Jr. apratt@c-vlaw.com, kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.AndrewR141044@notify.bestcase.com;asmith@c-vlaw.com |
| Daniel R. White | on behalf of Joint Debtor Sandra D. Shaffer r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com |
| Daniel R. White | on behalf of Debtor Gerald W. Shaffer  Jr. r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com |
| David Z. Valencik | on behalf of Joint Debtor Sandra D. Shaffer dvalencik@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Valencik.DavidR141044@notify.bestcase.com;asmith@c-vlaw.com |
| David Z. Valencik | on behalf of Debtor Gerald W. Shaffer  Jr. dvalencik@c-vlaw.com, kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Valencik.DavidR141044@notify.bestcase.com;asmith@c-vlaw.com |
| Matthew Fissel | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR4 bkgroup@kmllawgroup.com, wbecf@brockandscott.com |

District/off: 0315-2                                            User: auto                                            Page 4 of 4

Date Rcvd: May 22, 2026                                  Form ID: 142                                        Total Noticed: 40

Michael H Kaliner
on behalf of Creditor Bridgecrest Acceptance Corporation mkaliner@lasp.org

Natalie Norina Piscione
on behalf of Creditor Pheple Federal Credit Union covellilawoffices@yahoo.com  ndantonio@covellilaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com


TOTAL: 11