**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

SANDRA D SHAFFER

Case No.:24-21618

Debtor(s)

Ronda J. Winnecour
　　　　Movant
　　vs.
No Respondents.

Document No.:

---

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1.  The case was filed on 07/02/2024  and confirmed on 08/27/2024 .  The case was subsequently DISMISSED as to Sandra D. Shaffer only.

　　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 41,770.50 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 41,770.50 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 3,200.00 | |
| 　Trustee Fee | 2,506.23 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,706.23 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| 　WILMINGTON SAVINGS FUND SOCIETY F | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 6224 | | | | |
| 　WILMINGTON SAVINGS FUND SOCIETY F | 3,917.26 | 3,917.26 | 0.00 | 3,917.26 |
| 　　Acct: 6224 | | | | |
| 　WILMINGTON SAVINGS FUND SOCIETY F | 0.00 | 13,853.90 | 0.00 | 13,853.90 |
| 　　Acct: 6224 | | | | |
| 　WILMINGTON SAVINGS FUND SOCIETY F | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 6224 | | | | |
| 　QUANTUM3 GROUP LLC - AGENT KATAP | 216.50 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 3875 | | | | |
| 　QUANTUM3 GROUP LLC - AGENT KATAP | 86.62 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 1713 | | | | |
| 　BRIDGECREST ACCEPTANCE CORP | 20,092.40 | 6,430.13 | 3,207.52 | 9,637.65 |
| 　　Acct: 8701 | | | | |
| 　SANTANDER CONSUMER USA D/B/A CHR | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 6191 | | | | |
| 　ONE MAIN FINANCIAL GROUP LLC(*) | 635.89 | 635.89 | 312.45 | 948.34 |
| 　　Acct: 2890 | | | | |

24-21618 **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| PHEPLE FEDERAL CREDIT UNION | 7,935.78 | 5,568.78 | 356.74 | 5,925.52 |
| Acct: 4021 | | | | |
| | | | | 34,282.67 |
| **Priority** | | | | |
| DAVID Z VALENCIK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SANDRA D SHAFFER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CALAIARO VALENCIK | 3,200.00 | 3,200.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CALAIARO VALENCIK | 6,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CALAIARO VALENCIK | 1,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE NA BY AMERICAN INFOSOU | 560.17 | 0.00 | 0.00 | 0.00 |
| Acct: 4234 | | | | |
| CAPITAL ONE NA BY AMERICAN INFOSOU | 472.02 | 0.00 | 0.00 | 0.00 |
| Acct: 8819 | | | | |
| COLUMBIA GAS OF PA INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0004 | | | | |
| CONSUMER PORTFOLIO SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5652 | | | | |
| COUNTY HAULING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9687 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 610.30 | 0.00 | 0.00 | 0.00 |
| Acct: 7302 | | | | |
| EXCELA HEALTH MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6EMG | | | | |
| EXETER FINANCE LLC(*) | 5,588.40 | 0.00 | 0.00 | 0.00 |
| Acct: 9302 | | | | |
| EXETER FINANCE LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 388.27 | 0.00 | 0.00 | 0.00 |
| Acct: 0178 | | | | |
| CREDITOR INFORMATION MISSING OR V | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KOHLS DEPARTMENT STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC | 442.52 | 0.00 | 0.00 | 0.00 |
| Acct: 8430 | | | | |
| MUNICIPAL AUTHORITY OF WESTMOREL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6250 | | | | |
| VANCE AND HUFFMAN LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WEST PENN POWER* | 461.44 | 0.00 | 0.00 | 0.00 |
| Acct: 3137 | | | | |
| QUANTUM3 GROUP LLC - AGENT KATAP | 168.61 | 0.00 | 0.00 | 0.00 |
| Acct: 3875 | | | | |
| QUANTUM3 GROUP LLC - AGENT KATAP | 80.82 | 0.00 | 0.00 | 0.00 |
| Acct: 1713 | | | | |
| SANTANDER CONSUMER USA D/B/A CHR | 16,843.29 | 0.00 | 0.00 | 0.00 |
| Acct: 6191 | | | | |
| CAPITAL ONE AUTO FINANCE - DIV CAPIT | 2,792.72 | 0.00 | 0.00 | 0.00 |

24-21618        **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**     

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 2318 | | | | |
| ONE MAIN FINANCIAL GROUP LLC(*) | 8,781.64 | 0.00 | 0.00 | 0.00 |
| Acct: 2890 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 633.84 | 0.00 | 0.00 | 0.00 |
| Acct: 7298 | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCCALLA RAYMER  ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COVELLI LAW OFFICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILMINGTON SAVINGS FUND SOCIETY F | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                        34,282.67

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 32,884.45 |
| UNSECURED | 37,824.04 |

Date: 05/26/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com