IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Gerald W. Shaffer, Jr., | : | Case No. 24-21618 GLT |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| | : | Related to Document No. |

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT
AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

I, Daniel R. White, Attorney for Debtor, certify that on August 11, 2026, I served a copy of the Court's August 11, 2026 wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at William Penn Care Center, Attn: Payroll Manager, 2030 Ader Road, Jeannette, PA 15644 and by email at hr@williampenncc.com.

Method of service: Email & first class mail, postage prepaid.

Total number of parties served: 1

Date executed: August 11, 2026

CALAIARO VALENCIK, P.C.

By /s/ Daniel R. White

Daniel R. White
PA I.D. No. 78718
8 Nickman Plaza
Lemont Furnace, PA 15456
Office: 724-719-9388
Email: dwhite@c-vlaw.com
Attorneys for Debtors