UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| Gerald W. Shaffer, Jr.<br>Debtor. | Case No.: 24-21618-GLT<br>Chapter: 13<br>Related to Claim No. 15 |
| Gerald W. Shaffer, Jr.<br>Movant, | |
| vs. | |
| Wilmington Savings Fund and Ronda J. Winnecour, Chapter 13 Trustee,<br>Respondents | |

**SECURED CREDITOR'S RESPONSE TO**
**OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE**

Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of CIM Trust 2026-R1 ("Secured Creditor"), by and through undersigned counsel, responds to Debtor's Objection to Notice of Mortgage Payment Change (Doc 135) (the "Objection") and in support states:

1. On July 2, 2024 the above captioned petition was filed under Chapter 13 of the Bankruptcy Code.

2. Secured Creditor holds Claim No. 15 ("Claim") with a secured mortgage lien against the real property located at 114 Well Worn Lane, Jeannette, PA 15644 (the "Property").

3. On September 2, 2026 Debtor filed its Objection to Notice of Mortgage Payment Change (Doc 135) stating that the Secured Creditor filed a Notice of Mortgage Payment Change on August 28, 2026 which increased Debtor's monthly mortgage payment to $1,208.26 due to an

escrow shortage of $2,896.38 being spread over 12 payments/months.

4. The Debtor seeks an Order Striking the Notice of Mortgage Payment Change and for the Secured Creditor to be bound by the payment listed in Debtor's confirmed plan.

5. Secured Creditor is in the process of amending the Notice of Mortgage Payment Change to spread the escrow shortage over 48 payments/months.

WHEREFORE, Secured Creditor requests that the Objection is overruled, and for such other and further relief as the Court deems just and proper.

Dated: 09/14/2026

McCalla Raymer Leibert Pierce, LLP

By: */s/Brent Lemon*

Brent Lemon
Pennsylvania Bar No. 86478
Attorney for Secured Creditor
Phone: 215-602-7218
Fax:
Email: Brent.Lemon@mccalla.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on 09/14/2026 as follows:

By First Class U.S. Mail to:
Gerald W. Shaffer, Jr.
114 Well Worn Lane
Jeannette, PA 15644

By Electronic Notice to:
Daniel R. White
Calaiaro Valencik
8 Nickman Plaza
Lemont Furnace, PA 15456

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

By: *|s|Brent Lemon*
Brent Lemon