File No.:

FILED
10/7/26 2:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Case No: 24-21618 GLT |
| Gerald W. Shaffer, Jr., | Chapter 13 |
| Debtor/s. | Motion No: WO-1 |
| Gerald W. Shaffer, Jr., | Document No: |
| Movant, | Related to Document No: 142 |
| vs. | |
| William Penn Care Center and Ronda J. Winnecour, Chapter 13 Trustee, | |
| Respondents. | |

ORDER TERMINATING WAGE ATTACHMENT

The above-named Debtor, Gerald W. Shaffer, Jr., filed a motion to terminate his wage attachment.

IT IS, THEREFORE, ORDERED that Debtor's wage attachment through William Penn Care Center is hereby terminated.

DATED this ___ 7th Day of October , 2026.

Prepared by Daniel R. White, Esq.

Gregory L. Taddonio, Chief Judge drb
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:
Gerald W. Shaffer, Jr.
Debtor

Case No. 24-21618-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 2
Date Rcvd: Oct 07, 2026 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gerald W. Shaffer, Jr., 114 Well Worn Lane, Jeannette, PA 15644-2979 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Kevin Pratt | on behalf of Debtor Gerald W. Shaffer Jr. apratt@c-vlaw.com, kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.AndrewR141044@notify.bestcase.com;asmith@c-vlaw.com |
| Brent J. Lemon | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of CIM Trust 2026-R1 Brent.Lemon@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR4 brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| Daniel R. White | on behalf of Debtor Gerald W. Shaffer Jr. r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com |
| David Z. Valencik | |

| | |
|---|---|
| | on behalf of Debtor Gerald W. Shaffer Jr. dvalencik@c-vlaw.com, kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Valencik.DavidR141044@notify.bestcase.com;asmith@c-vlaw.com |
| Matthew Fissel | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR4 bkgroup@kmllawgroup.com |
| Michael H Kaliner | on behalf of Creditor Bridgecrest Acceptance Corporation mkaliner@lasp.org |
| Natalie Norina Piscione | on behalf of Creditor Pheple Federal Credit Union covellilawoffices@yahoo.com ndantonio@covellilaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 10